**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

---

TERESA TAGUE,                                          **Civil File No. 10-2612-JTM**

       Plaintiff,

vs.                                                       **STIPULATION OF DISMISSAL**
                                                               **WITH PREJUDICE**

LEADING EDGE RECOVERY SOLUTIONS, L.L.C.,

       Defendant.

---

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Teresa Tague, and the defendant, Leading Edge Recovery Solutions, L.L.C. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, each side to bear its own costs and attorneys fees.

                                                             Respectfully submitted,

Dated: 01/27/2011                      By   /s/J. Mark Meinhardt
                                                     J. Mark Meinhardt
                                                     4707 College Boulevard, Suite 100
                                                     Leawood, KS  66211
                                                     (913) 451-9797
                                                     (913) 451-6163 (fax)
                                                     ATTORNEY FOR PLAINTIFF

Dated: 01/27/2011                      By   /s/Rachel Ommerman
                                                     Rachel Ommerman, #21868
                                                     Daniel S. Rabin, #13253
                                                     Berman & Rabin, P.A.
                                                     15280 Metcalf
                                                     Overland Park, KS 66223
                                                     (913) 649-1555
                                                     (913) 652-9474 (fax)
                                                     ATTORNEY FOR DEFENDANT